IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, COLUMBIA, SC
2014 DEC -5 PM 12: 08

| | |
|---|---|
| ARK FITZHENRY, individually and on behalf of lass of all persons and entities similarly situated,<br><br>Plaintiff<br><br>Y MANAGEMENT AND MARKETING MPANY, LLC d/b/a USA VACATION ATION and WESTGATE RESORTS, LTD<br><br>Defendants | Case No. 2:14-cv-3866-DCN<br><br>CLASS ACTION COMPLAINT |

### ANSWER

COMES NOW Defendant Kevin Lawrence answers the Complaint herein for himself and no other defendant, admits, deny, and allege as follows:

### NATURE OF ACTION

1. Admitted.
2. Admitted.
3. Admitted.
4. Denies sufficient information upon which to form a belief.
5. Denies sufficient information upon which to form a belief.
6. Denied.

### JURISDICTION AND VENUE

7. Denies sufficient information upon which to form a belief.
8. Denies sufficient information upon which to form a belief.
9. Denies sufficient information upon which to form a belief.
10. Denies sufficient information upon which to form a belief.

11. Denies sufficient information upon which to form a belief.

## PARTIES

12. Denies sufficient information upon which to form a belief.

13. Admitted.

14. Admitted.

## THE TELEPHONE CONSUMER PROTECTION ACT OF 1991

## (TCPA), 47 U.S.C. § 227

15. Admitted.

16. Admitted.

17. Admitted.

18. Denies sufficient information upon which to form a belief.

19. Admitted.

20. Admitted.

21. Admitted.

22. Admitted.

23. Admitted.

24. Denies sufficient information upon which to form a belief.

25. Denies sufficient information upon which to form a belief.

26. Admitted.

## FACTUAL ALLEGATIONS RELATING TO THE PLAINTIFF'S CALL

27. Admitted.

28. Denies sufficient information upon which to form a belief.

29. Denies sufficient information upon which to form a belief

30. Denies sufficient information upon which to form a belief.

31. Denies sufficient information upon which to form a belief.

32. Denies sufficient information upon which to form a belief.

33. Denies sufficient information upon which to form a belief.

34. Denies sufficient information upon which to form a belief.

**35.** Denies sufficient information upon which to form a belief.

### THE DEFENDANT'S MARKETING SCHEME

36. Denies sufficient information upon which to form a belief.

37. Denies sufficient information upon which to form a belief.

38. Denies sufficient information upon which to form a belief.

39. Denies sufficient information upon which to form a belief.

40. Denies sufficient information upon which to form a belief.

41. Denies sufficient information upon which to form a belief.

### VICARIOUS LIABILITY UNDER THE FCC's ORDER

42. Denies sufficient information upon which to form a belief.

43. Denies sufficient information upon which to form a belief.

### DIRECT LIABILITY

44. Denies sufficient information upon which to form a belief

45. Denies sufficient information upon which to form a belief.

46. Denies sufficient information upon which to form a belief.

47. Denies sufficient information upon which to form a belief.

## ACTUAL AUTHORITY

48. Denies sufficient information upon which to form a belief.

49. Denies sufficient information upon which to form a belief.

50. Denies sufficient information upon which to form a belief.

51. Denies sufficient information upon which to form a belief

52. Denies sufficient information upon which to form a belief.

## RATIFICATION

53. Denies sufficient information upon which to form a belief.

54. Denies sufficient information upon which to form a belief.

55. Denies sufficient information upon which to form a belief.

56. Denies sufficient information upon which to form a belief.

57. Denies sufficient information upon which to form a belief.

58. Denies sufficient information upon which to form a belief.

59. Denies sufficient information upon which to form a belief.

60. Denies sufficient information upon which to form a belief.

## APPARENT AUTHORITY

61. Denies sufficient information upon which to form a belief.

62. Denies sufficient information upon which to form a belief.

63. Denies sufficient information upon which to form a belief.

64. Denies sufficient information upon which to form a belief.

65. Denies sufficient information upon which to form a belief.

66. Denies sufficient information upon which to form a belief.

## CLASS ACTION ALLEGATIONS

67. Denies sufficient information upon which to form a belief.

68. Denies sufficient information upon which to form a belief.

69. Denies sufficient information upon which to form a belief.

70. Denies sufficient information upon which to form a belief.

71. Denies sufficient information upon which to form a belief.

72. Denies sufficient information upon which to form a belief.

73. Denies sufficient information upon which to form a belief.

74. Denies sufficient information upon which to form a belief

75. Denies sufficient information upon which to form a belief.

76. Denies sufficient information upon which to form a belief.

77. Denies sufficient information upon which to form a belief.

78. Denies sufficient information upon which to form a belief.

79.

    a. Denies sufficient information upon which to form a belief.

    b. Denies sufficient information upon which to form a belief.

    c. Denies sufficient information upon which to form a belief.

    d. Denies sufficient information upon which to form a belief.

    e. Denies sufficient information upon which to form a belief.

80. Denies sufficient information upon which to form a belief.

81. Denies sufficient information upon which to form a belief.

82. Denies sufficient information upon which to form a belief.

83. Denies sufficient information upon which to form a belief.

84. Denies sufficient information upon which to form a belief.

85. Denies sufficient information upon which to form a belief.

86. Denies sufficient information upon which to form a belief.

87. Denies sufficient information upon which to form a belief.

88. Denies sufficient information upon which to form a belief.

## CAUSES OF ACTION

### FIRST COUNT

### NEGLIGENT VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

### 47 U.S.C. § 227 *ET SEQ.*

### (Against all Defendants)

89. Denies sufficient information upon which to form a belief.

90. Denies sufficient information upon which to form a belief.

91. Denies sufficient information upon which to form a belief.

92. Denies sufficient information upon which to form a belief.

93. Denies sufficient information upon which to form a belief.

### SECOND COUNT

### KNOWING AND/OR WILLFUL VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227 *ET SEQ.*

94. Denies sufficient information upon which to form a belief.

95. Denies sufficient information upon which to form a belief.

96. Denies sufficient information upon which to form a belief.

97. Denies sufficient information upon which to form a belief.

98. Denies sufficient information upon which to form a belief.

_____
Signature of Defendant: Kevin Lawrence

STATE OF FLORIDA
COUNTY OF VOLUSIA

The foregoing instrument was acknowledged before me this 18th day of Nov., 2014, by KEVIN LAWRENCE, as Owner/President of Lily Management, Inc. on behalf of the Corporation. He is personally known to me or has produced _____ as identification.

_____
NOTARY PUBLIC



ALICIA IRIZARRY
MY COMMISSION # EE 877873
EXPIRES: February 26, 2017
Bonded Thru Budget Notary Services

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished via U.S. Mail to the following :

Lance S. Boozer, Esq.
807 Gervais Street
Columbia, SC  29201

Edward A. Broderick, Esq.
125 Summer Street
Boston, MA  02110

Matthew P. McCue, Esq.
1 South Avenue, Suite 3
Natick, MA  01760

_____
KEVIN LAWRENCE for Lily Management and Marketing Company LLC d/b/a USA Vacation Station