IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| MARK FITZHENRY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>LILY MANAGEMENT AND MARKETING COMPANY, LLC d/b/a USA VACATION STATION and WESTGATE RESORTS, LTD.<br><br>Defendants | Case No. 2:14-cv-3866 |

### STIPULATION OF DISMISSAL WITH PREJUDICE ONLY AS TO WESTGATE RESORTS, LTD.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Mark Fitzhenry ("Plaintiff") and defendant Westgate Resorts, Ltd. ("Westgate Resorts") (the only parties to have appeared in the action) hereby stipulate to dismissal with prejudice of the claims between Plaintiff and Westgate Resorts, with Plaintiff and Westgate Resorts to bear their own costs and attorneys' fees..

Dated: May 21, 2015

Respectfully submitted,

**PLAINTIFF'S COUNSEL:**

/s/ *Lance S. Boozer*
Lance S. Boozer (Fed ID# 10418) (SC Bar#75803)
The Boozer Law Firm, LLC
807 Gervais Street, Suite 203

Columbia, SC 29201
803-608-5543
lsb@boozerlawfirm.com

Edward A. Broderick
Anthony Paronich
Broderick Law, P.C.
125 Summer St., Suite 1030
Boston, MA 02110
(617) 738-7080
ted@broderick-law.com
anthony@broderick-law.com
*Admitted Pro Hac Vice*

Matthew P. McCue, Esq.
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, Massachusetts 01760
(508) 655-1415
(508) 319-3077 *facsimile*
mmccue@massattorneys.net
*Subject to Pro Hac Vice*

**COUNSEL FOR WESTGATE RESORTS**

*/s/ Jeffrey A. Backman*
Jeffrey A. Backman
Richard W. Epstein
200 E Broward Boulevard
Suite 1500
Fort Lauderdale, FL 33301
954-491-1120
Fax: 954-213-0140
Email: richard.epstein@gmlaw.com
Email: jeffrey.backman@gmlaw.com

John Smith Wilkerson, III
Turner Padget Graham and Laney
PO Box 22129
Charleston, SC 29413-2129
843-576-2800
Fax: 843-577-3369
jwilkerson@turnerpadget.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2015, I filed the foregoing through this Court's CM/ECF System and by first class mail to:

Mr. Kevin Lawrence
President, Lily Management and Marketing Company, LLC
6236 Kingspointe Parkway # 9
Orlando, FL 32819

/s/*Lance S. Boozer*
Lance S. Boozer